UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF IOWA

MARIA GUYTON, et. al., individually and on behalf of a class of others similarly situated,

        Plaintiff

v

TYSON FOODS, INC., d/b/a Tyson Fresh Meats

JUDGMENT IN A CIVIL CASE

CASE NUMBER: 3:07-cv-00088-JAJ-TJS

☉ **JURY VERDICT** . This action came before the Court for trial by jury. The issues have been tried and the jury has rendered its verdict.

○ **DECISION BY COURT**. This action came to before the Court. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED:

that judgment is entered in favor of the Defendant, Tyson Foods, Inc., d/b/a Tyson Fresh Meats, and against the Plaintiff, Maria Guyton, et. al., individually and on behalf of a class of others similarly situated. This case is dismissed.

Date: April 26, 2012

CLERK, U.S. DISTRICT COURT

/s/ Brian Phillips
_____
By: Deputy Clerk